FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2021

No. 04-20-00465-CV

**AMMONITE OIL & GAS CORPORATION**,
Appellant

v.

**RAILROAD COMMISSION OF TEXAS**,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0003-CV-A
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The appellant's motion for rehearing is due on or before December 13, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court